The opinion of the Court was delivered by
 

 Chief-Justice Tatxor :
 

 The single question is, Whether the Adjutant-General’s certificate is sufficient evidence that the Defendant, a Colonel of Cavalry, did not make his return to the Major-General according to law
 
 i
 
 By the act of 1806, the certificate is made conclusive'evidence against a delinquent officer, provided it contain such matter as would be sufficient to convict the officer, if delivered by the rules of law in any Court of record. The certificate here
 
 *209
 
 points directly to the Defendant’s delinquency, and therefore, it does contain such
 
 matter,
 
 as would be sufficient to convict him, if delivered
 
 ore terms
 
 by the Adjutant-General. But it is not to be expected, that if so delivered, the examination would proceed no further ; for as, by the same act of Assembly, see. 3, the Defendant is directed to make his return, not to the Adjutant-General, but to the Major-General to -whose division he is attached, the knowledge of the Adjutant-General of the Defendant’s delinquency, could only be officially derived from information given him by the Major-General. Such testimony, therefore, resting on hearsay, would be clearly inadmissible 5 otherwise the Adjutant-General’s certificate would be conclusive, even in cases where the officer Informing’ him had received his information from the one next below him in command, and so down to the com-mandani of a regiment. It is certainly competent for the Legislature to make such a certificate evidence, though founded upon hearsay; but the intention to innovate upon so important a rule, ought to be manifested by declaration plain. If the law be susceptible of another and more rational construction, it ought to receive it j and its design appears to me to be extended no further, than to relieve the Adjutant-General from .personal at. tendance in those cases where he could give legal proof of the Defendant’s delinquency; and this will embrace all those cases where it is made the duty of the officer to make his return directly to the Adjutant-General. Further than this, the act cannot be extended by a fair construction of the words, or the evident intent of the framers. ■ Wherefore, the judgment must be affirmed.